UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** ROBERT REYNOLDS | **Defendant(s):** LIBERTY MUTUAL INSURANCE COMPANY |
| County of Residence: Pima | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Pima | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| ROBERT J FORMAN, Attorney<br>Dix & Forman<br>P. O. Box 43517<br>Tucson, Arizona 85733<br>520-748-0800 | SCOTT A. SALMON, Attorney<br>Cavanagh Law Firm<br>1850 N. Central, Ste. 2400<br>Phoenix, Arizona 85004<br>602-322-4041 |

**REMOVAL FROM PIMA COUNTY, CASE #C20155158**

| | |
|---|---|
| II. Basis of Jurisdiction: | 4. Diversity (complete item III) |
| III. Citizenship of Principal Parties (Diversity Cases Only) | |
| Plaintiff: | 1 Citizen of This State |
| Defendant: | 5 Non AZ corp and Principal place of Business outside AZ |
| IV. Origin: | 2. Removed From State Court |
| V. Nature of Suit: | 110 Insurance |
| VI. Cause of Action: | 28 U.S.C. Sections 1332, 1441(b), 1343(4) |
| VII. Requested in Complaint | |
| Class Action: | No |

Dollar Demand:
Jury Demand: **No**

VIII. This case **IS RELATED** to Case Number **NOT RELATED** assigned to Judge **.**

Signature: **SCOTT A. SALMON**

Date: **1/8/16**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**